1  Gary M. Messing, Bar No. 075363
   James W. Henderson, Jr., Bar No. 071170
2  **CARROLL, BURDICK & McDONOUGH LLP**
   Attorneys at Law
3  980 9th Street, Suite 380
   Sacramento, California 95814
4  Telephone:    916.446.5297
   Facsimile:    916.448.5047
5
   Attorneys for Plaintiff OSCAR CARTER II
6

7

8                 UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

| | |
|---|---|
| OSCAR CARTER II,<br><br>            Plaintiff,<br><br>     v.<br><br>COUNTY OF FRESNO,<br><br>            Defendant. | Case No. 1:13-CV-00774-BAM and the following action numbers:<br><br>1:13-CV-00775-BAM<br>1:13-CV-00778-BAM<br>1:13-CV-00783-BAM<br>1:13-CV-00784-BAM<br>1:13-CV-00790-BAM<br>1:13-CV-00795-BAM<br>1:13-CV-00797-BAM<br>1:13-CV-00829-BAM<br>1:13-CV-00902-BAM<br>1:13-CV-00972-BAM<br>1:13-CV-00973-BAM<br>1:13-CV-00989-BAM<br>1:13-CV-01001-BAM<br>1:13-CV-01003-BAM<br>1:13-CV-01004-BAM<br>1:13-CV-01006-BAM<br>1:13-CV-01007-BAM<br>1:13-CV-01009-BAM<br><br>**STIPULATION AND ORDER CONTINUING TELEPHONIC STATUS CONFERENCES**<br><br>Judge:   Hon. Barbara A. McAuliffe<br>Date:    December 10, 2014<br>Time:    9:00 a.m.<br>Crtrm.:  8 |

1  THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

2  That due to a scheduling conflict involving Plaintiffs' counsel, the Telephonic Status

3  Conferences set in the above-captioned matters on December 10, 2014 at 9:00 a.m. in Courtroom

4  8 be continued to December 17, 2014 at 9:00 a.m. in Courtroom 8 before Magistrate Judge

5  Barbara A. McAuliffe.

7  DATED: December 8, 2014          Respectfully submitted,

8                                    CARROLL, BURDICK & McDONOUGH LLP
                                     Attorneys at Law

11                                   By:
                                         /s/ James W. Henderson, Jr.
12                                       James W. Henderson, Jr.
                                         Attorneys for Plaintiffs

14  DATED: December 8, 2014          Respectfully submitted,

15                                   MCCORMICK, BARSTOW, SHEPPARD, WAYTE &
                                     CARRUTH LLP

17                                   By:
                                         /s/ Michael G. Woods
18                                       Michael G. Woods
                                         Attorneys for Defendant

**ORDER**

Based on the Stipulation of the parties, IT IS ORDERED that the Telephonic Status Conferences in the above-captioned matters be continued to December 17, 2014 at 9:00 a.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe. Plaintiffs' counsel shall make arrangements with AT&T (1-800-232-1234) operator and have one conference call, with ALL counsel on the line, (if counsel does not have conference call capabilities on their telephone systems), and shall initiate the call at the designated time. After all parties are on the line, the call should then be placed to Judge McAuliffe's chambers at (559) 499-5789.

IT IS SO ORDERED.

Dated: **December 9, 2014**         /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE