Gary M. Messing, Bar No. 075363
James W. Henderson, Jr., Bar No. 071170
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
980 9th Street, Suite 380
Sacramento, California 95814
Telephone:   916.446.5297
Facsimile:   916.448.5047

Attorneys for Plaintiff DOUGLAS BOLTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DOUGLAS BOLTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF FRESNO,<br><br>　　　　　Defendant. | Case No. 1:13-CV-01006-BAM<br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

NOTICE IS HEREBY GIVEN THAT, subject to approval by the court, Plaintiff DOUGLAS BOLTON substitutes James W. Henderson, Jr., State Bar No. 071170, c/o Messing Adam & Jasmine LLP as counsel for record in place of James W. Henderson, Jr., State Bar No. 071170, c/o Carroll, Burdick & McDonough LLP.  Contact information for new counsel is as follows:

Messing Adam & Jasmine LLP

980 9th Street, Suite 380

Sacramento, CA 95814

Telephone: (916) 446-5297 / Facsimile: (916) 448-5047

Email: james@majlabor.com

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SACRAMENTO

Case No. 1:13-CV-01006-BAM

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

1 | I consent to the above substitution.

2 | /s/ Douglas Bolton

3 | Date: 10-23-15 | Douglas Bolton

5 | I consent to being substituted. | **CARROLL, BURDICK & MCDONOUGH LLP**

6 | /s/ David Godwin

7 | Date: 10/28/15 | David Godwin

9 | I consent to the above substitution. | **MESSING ADAM & JASMINE LLP**

10 | /s/ James W. Henderson, Jr.

11 | Date: 10/29/15 | James W. Henderson, Jr.

## ORDER

The substitution of attorney is hereby approved.

IT IS SO ORDERED.

Dated:   **October 29, 2015**             /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SACRAMENTO