McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Michael G. Woods, #58683
Christina C. Tillman, #258627
7647 N Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendant COUNTY OF FRESNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DOUGLAS BOLTON,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF FRESNO,<br><br>        Defendant. | Case No. 1:13-CV-01006 BAM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE, WAIVER OF RIGHTS OF APPEAL AND ORDER APPROVING SETTLEMENT AND DISMISSING ACTION** |

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 N Fresno Street
Fresno, CA 93720

1:13-CV-00774 BAM

STIPULATION FOR DISMISSAL WITH PREJUDICE, WAIVER OF RIGHTS OF APPEAL AND ORDER APPROVING SETTLEMENT AND DISMISSING ACTION

IT IS HEREBY STIPULATED by and between Plaintiff DOUGLAS BOLTON and Defendant COUNTY OF FRESNO that the Complaint filed herein shall be dismissed with prejudice, that Plaintiff DOUGLAS BOLTON waives all rights of appeal in connection with this action and that all parties shall bear their own costs and attorney's fees.

Dated: September 22, 2016     McCORMICK, BARSTOW, SHEPPARD,
                              WAYTE & CARRUTH LLP


                              By: /s/ Christina C. Tillman
                                      Michael G. Woods
                                      Christina C. Tillman
                              Attorneys for Defendant COUNTY OF FRESNO


Dated: September 30, 2016     MESSING, ADAM & JASMINE, LLP


                              By: /s/ James W. Henderson, Jr.
                                      James W. Henderson, Jr.
                                      Attorneys for Plaintiff
                                      DOUGLAS BOLTON

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 N FRESNO STREET
FRESNO, CA 93720

1:13-CV-00774 BAM

STIPULATION FOR DISMISSAL WITH PREJUDICE, WAIVER OF RIGHTS OF APPEAL AND ORDER APPROVING SETTLEMENT AND DISMISSING ACTION

**ORDER**

Based on the Stipulation of the parties hereto, the Declaration of James W. Henderson, Jr. Esq. in Support of Settlement, the Court's review of the Settlement Agreement, the Court's knowledge of the case and good cause appearing therefor,

The Court hereby approves the settlement between the Defendant and the Plaintiff and IT IS ORDERED that the Complaint of Plaintiff DOUGLAS BOLTON is dismissed with prejudice and that Plaintiff DOUGLAS BOLTON has waived any right of appeal in connection with this matter. The respective parties shall each bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated:   **November 1, 2016**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 N FRESNO STREET
FRESNO, CA 93720

1:13-CV-00774 BAM

STIPULATION FOR DISMISSAL WITH PREJUDICE, WAIVER OF RIGHTS OF APPEAL AND ORDER APPROVING SETTLEMENT AND DISMISSING ACTION